THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> BARRY CIVIL CONSTRUCTION, INC., a Washington corporation, <br><br> Defendant. | NO. C19-00800-RSM <br><br> STIPULATED MOTION AND ORDER TO CONTINUE COURT DATES |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and M. Edward Taylor of Sebris Busto James, attorneys for Defendant, Barry Civil Construction, Inc., hereby stipulate that pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement dated June 21, 2019 scheduling deadlines for the FRCP Conference for July 19, 2019, Initial Disclosures for July 26, 2019, and Joint Status Report for August 2, 2019, pray the Court for a 30-day continuance of each of said dates.

This is the parties' first request for a continuance. The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(5); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992). The parties have stipulated that good cause exists. The attorney for Defendant, Judd Lees, who entered his notice of appearance in the matter on July 8, 2019, passed away suddenly on July 15, 2019. A continuance would allow the Defendant's law firm time to review the matter and prepare for the Court dates.

Based on the above, an extension of 30 days for each of the scheduled dates referenced above should be granted.

DATED this 18th day of July, 2019.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | SEBRIS BUSTO JAMES |
| *s/Russell J. Reid* | s/M. Edward Taylor |
| Russell J. Reid, WSBA #2560 | M. Edward Taylor, WSBA #16864 |
| Thomas A. Leahy, WSBA #26365 | Attorney for Defendant |
| Attorneys for Plaintiffs | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF COURT DATES**

Based on the foregoing Stipulation of Plaintiffs and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Stipulated Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..August 19, 2019

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)…… | August 26, 2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f), and Local Rule CR 16……………………………………… | September 3, 2019 |

DATED this 22 day of July 2019.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs